UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| LAMON SANDEL DEWAYNE DONNELL | § § § | |
| v. | § § | CIVIL CASE NO. 4:20-CV-714-SDJ |
| UNITED STATES OF AMERICA | § § | |

### MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On December 15, 2021, the Report of the Magistrate Judge, (Dkt. #24), was entered containing proposed findings of fact and recommendation that the United States' Second Motion to Dismiss, (Dkt. #22), be granted and *pro se* Plaintiff Lamon Sandel Dewayne Donnell's claims be dismissed. Having assessed the Report, the record in this case, and considered Donnell's construed objections and the Government's response, the Court determines that the Magistrate Judge's Report should be adopted.

In Donnell's largely nonsensical construed objection, he appears to argue that he sent a "Private Administrative Remedy" to Assistant United States Attorney Ernest Gonzalez, which created an agreement discharging his underlying conviction. As the Government correctly notes in response, this argument is meritless and raises no issue that is relevant to the Magistrate Judge's Report. Accordingly, such objection shall be overruled.

It is therefore **ORDERED** that the United States' Second Motion to Dismiss, (Dkt. #22), is **GRANTED**. Plaintiff Lamon Sandel Dewayne Donnell's claims are **DISMISSED WITH PREJUDICE**.

**So ORDERED and SIGNED this 18th day of February, 2022.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE